# Fourth Court of Appeals
## San Antonio, Texas

May 27, 2014

No. 04-12-00823-CV

Joel M. **HAILEY**,
Appellant

v.

Joseph **PADUH** III, Temporary Administrator of the Estate of Joe Perry Corzine, Deceased, and
Stephen P. Takas Jr., Trustee of the Joe Perry Corzine Trust, and Successor Independent
Executor of the Estate of James L. Corzine, Deceased,
Appellees

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2012-PC-0856A
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

The Appellant's Unopposed First Motion for Extension of Time to File Motion for Rehearing is GRANTED. The appellant's motion for rehearing is due on June 23, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court